An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY JAMES LAWRENCE PETERSEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65917

**FILED**

JUL 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of conspiracy to commit burglary.[1] Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are waived. Having been so informed, appellant consents to a

---

[1] It appears that, to date, the district court has not entered the judgment of conviction.

14-24384

voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____Pickering_____, J.
Pickering

_____Parraguirre_____ J.
Parraguirre

_____Saitta_____, J.
Saitta

cc:  Hon. David B. Barker, District Judge
     Clark County Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Jeremy James Lawrence Petersen
     Cheryl Carpenter, Court Recorder

_____

[2]In light of this order, we deny as moot court recorder Cheryl Carpenter's motion for an extension of time to prepare the transcripts requested in this appeal.